**NUNNOLD v TOLEDO (city) et**

Ohio Appeals, 6th Dist, Lucas Co

Decided Nov 18, 1935

W. S. Thurston, Toledo, for plaintiff in error.

Ralph W. Doty, Director of Law, Toledo, for defendants in error.

For full opinion see 6 OO 277; 52 Oh Ap 172.